AO 442(Rev. 12/85) Warrant for Arrest

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

v.

LEERONS SABB, JR.



WARRANT FOR ARREST

CASE NUMBER: 06- 126 M

To: The United States Marshal
and any Authorized United States Officer

   YOU ARE HEREBY COMMANDED to arrest Dennis D. Carson, when and as stated in the Criminal Complaint and affidavit which are incorporated herein by reference and bring him to the nearest magistrate to answer a(n)

___ Indictment  ___ Information  _X_ Complaint  ___ Order of court  ___ Violation Notice  ___ Probation Violation Petition

charging him with (brief description of offense)

   Threatening to assault an official whose killing would be a crime under 18 United States Code, Section 1114, with intent to impede, intimidate, or interfere with such official while engaged in the performance of official duties, and with intent to retaliate against such official on account of the performance of official duties,

in violation of Title __18__ United States Code, Section (s) __115(a)(1)(B)__ .

**Honorable Mary Pat Thynge**
Name of Issuing Officer

Signature of Issuing Officer

Bail fixed at $ _No Bail_

**United States Magistrate Judge**
**District of Delaware**
Title of Issuing Officer

October 27, 2006    Wilmington, Delaware
Date and Location

FILED OCT 31 2006 by _____
Name of Judicial Officer

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

---

This warrant was received and executed with the arrest of the above-named defendant at
GREENWOOD, PA

| DATE RECEIVED 10/27/06 | NAME AND TITLE OF ARRESTING OFFICER EDWARD RYAN SPECIAL AGENT | SIGNATURE OF ARRESTING OFFICER Edward J. Ryan |
|---|---|---|
| DATE OF ARREST 10/27/06 | | |

AO 442 (Rev. 12/85) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: Leerons Sabb, Jr.

ALIAS:

LAST KNOWN RESIDENCE: 1, Greenwood, DE 19950

LAST KNOWN EMPLOYMENT:

PLACE OF BIRTH:

DATE OF BIRTH        /1966

SOCIAL SECURITY NUMBER:        -1498

HEIGHT: 5'9"                                WEIGHT: 130 lbs

SEX: Male                                   RACE: Black

HAIR: Black                                 EYES: Brown

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:

FBI NUMBER: 747022EA2

COMPLETE DESCRIPTION OF AUTO:

INVESTIGATIVE AGENCY AND ADDRESS: U.S. Department of Homeland Security, Special Agent Ed Ryan, Mellon Independence Center, 701 Market Street, Suite 4200, Philadelphia, PA 19106; (215) 521-2146 (office); (601) 636-1686 (cell)