AO 442(Rev. 12/85) Warrant for Arrest

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

v.

LEERONS SABB, JR.

**WARRANT FOR ARREST**

CASE NUMBER: 06- 126

**REDACTED**

To: The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest Leerons Sabb, Jr., when and as stated in the Criminal Complaint and affidavit which are incorporated herein by reference and bring him to the nearest magistrate to answer a(n)

___ Indictment ___ Information _X_ Complaint ___ Order of court ___ Violation Notice ___ Probation Violation Petition

charging him with (brief description of offense)

Threatening to assault an official whose killing would be a crime under 18 United States Code, Section 1114, with intent to impede, intimidate, or interfere with such official while engaged in the performance of official duties, and with intent to retaliate against such official on account of the performance of official duties,

in violation of Title __18__ United States Code, Section (s) __115(a)(1)(B)__ .

**Honorable Mary Pat Thynge**
Name of Issuing Officer

**United States Magistrate Judge**
**District of Delaware**
Title of Issuing Officer

Signature of Issuing Officer

October 30, 2006    Wilmington, Delaware
Date and Location

Bail fixed at $ _____    by _____
Name of Judicial Officer

FILED OCT 31 2006 U.S. DISTRICT COURT DISTRICT OF DELAWARE

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at_ GREENWOOD DE

| DATE RECEIVED 10/30/06 | NAME AND TITLE OF ARRESTING OFFICER EDWARD RYAN SPECIAL AGENT | SIGNATURE OF ARRESTING OFFICER Edward A. Ryan |
|---|---|---|
| DATE OF ARREST 10/27/06 | | |