IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>LEERONS SABB, JR.,<br><br>        Defendant. | Criminal Action No. 06- 130 |



### INDICTMENT

The Grand Jury for the District of Delaware charges that:

### COUNT I

On or about October 26, 2006, in the State and District of Delaware, Leerons Sabb, Jr., defendant herein, threatened to assault Tamera Maddox, an employee of the Social Security Administration whose killing would be a crime under Title 18, United States Code, Section 1114, with intent to impede, intimidate, and interfere with Ms. Maddox while she was engaged in the performance of official duties, and with intent to retaliate against Ms. Maddox on account of the performance of official duties, all in violation of Title 18, United States Code, Section 115(a)(1)(B).

### COUNT II

On or about October 27, 2006, in the State and District of Delaware, Leerons Sabb, Jr., defendant herein, having been convicted on or about December 8, 1986, in the Superior Court for the State of Delaware, in and for Sussex County, of an offense punishable by imprisonment for a term exceeding one year, knowingly possessed firearms and ammunition, namely, a NEF .32 caliber revolver, serial number NB023362; an Flite (sub) King Deluxe 12-gauge shotgun, serial number 3146347; a Western Auto 20-gauge shotgun, serial number G002758; two boxes of Winchester SuperX shotgun shells; and ten rounds of .32 caliber ammunition, all of which had been transported in

FILED
NOV 16 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

and 924(a)(2).

A TRUE BILL:

_____
Foreperson

COLM F. CONNOLLY
United States Attorney

BY: _____
Sophie E. Bryan
Assistant United States Attorney

Dated: November 16, 2006