IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 06-130-JJR |
| ) | |
| LEERONS SABB, JR., ) | |
| ) | |
| Defendant. ) | |

## MOTION TO ENLARGE TIME FOR FILING PRE-TRIAL MOTIONS

**NOW COMES** the United States of America, by and through its undersigned counsel, and hereby moves this Honorable Court to enlarge the time for filing pre-trial motions by three weeks (*i.e.*, until February 6, 2007). In support thereof, the Government states as follows:

1. The deadline for filing pre-trial motions is currently set for Tuesday, January 16, 2007.

2. Due to difficulty in obtaining copies of audio recordings of certain voice-mail messages, which recordings are relevant to the case, the defense has not yet been provided with complete discovery.

3. The Government anticipates that it will be able to provide the defense with copies of the recordings within the next week.

4. Counsel for the Government has consulted with counsel for the defendant, Christopher S. Koyste, who indicated that he does not oppose this motion and would join in the Government's request.

/ / / / / /

WHEREFORE, the Government respectfully requests that the Court enlarge the time for filing pre-trial motions by three weeks, such motions to be due on Tuesday, February 6, 2007.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY: _____
Sophie E. Bryan
Assistant United States Attorney

Dated: January 12, 2007

**IT IS SO ORDERED** this _____ day of January, 2007.

_____
HONORABLE JOSEPH J. FARNAN, JR.
United States District Judge
District of Delaware

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Criminal Action No. 06-130-JJR |
| LEERONS SABB, JR., | ) ) ) |
| Defendant. | ) |

### CERTIFICATE OF SERVICE

I, Sophie E. Bryan, Assistant United States Attorney for the District of Delaware, hereby certify that on the 12th day of January 2007, I caused to be filed electronically the foregoing Motion with the Clerk of the Court using CM/ECF, which will be available for public viewing and downloading. I further certify that a copy of the foregoing notice was served electronically on counsel of record as follows:

Christopher S. Koyste, Esquire
Federal Public Defender, District of Delaware
704 King Street, Suite 110
Wilmington, DE 19801

/s/
Sophie E. Bryan
Assistant United States Attorney
United States Attorney's Office
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE 19899-2046
(302) 573-6277
sophie.bryan@usdoj.gov