IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Criminal Action No. 06-130-JJF |
| LEERONS SABB, JR., | ) ) ) |
| Defendant. | ) ) |

### MOTION TO ENLARGE TIME FOR FILING PRE-TRIAL MOTIONS

**NOW COMES** the United States of America, by and through its undersigned counsel, and hereby moves this Honorable Court to enlarge the time for filing pre-trial motions by three weeks (*i.e.*, until February 6, 2007). In support thereof, the Government states as follows:

1. The deadline for filing pre-trial motions is currently set for Tuesday, January 16, 2007.

2. Due to difficulty in obtaining copies of audio recordings of certain voice-mail messages, which recordings are relevant to the case, the defense has not yet been provided with complete discovery.

3. The Government anticipates that it will be able to provide the defense with copies of the recordings within the next week.

4. Counsel for the Government has consulted with counsel for the defendant, Christopher S. Koyste, who indicated that he does not oppose this motion and would join in the Government's request.

//////



RECEIVED
JAN 12 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

WHEREFORE, the Government respectfully requests that the Court enlarge the time for filing pre-trial motions by three weeks, such motions to be due on Tuesday, February 6, 2007.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY: *Sophie E Bryan*
Sophie E. Bryan
Assistant United States Attorney

Dated: January 12, 2007

**IT IS SO ORDERED** this __17__ day of January, 2007.

*Joseph J. Farnan*
HONORABLE JOSEPH J. FARNAN, JR.
United States District Judge
District of Delaware



FILED
JAN 17 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE