IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 06-130 JJF |
| LEERONS SABB, JR., | : | |
| Defendant. | : | |

**ORDER**

WHEREAS, the Court has received a Memorandum of Plea Agreement in the above-captioned case (D.I. 17);

WHEREAS, the Court will hold a Rule 11 hearing on Defendant's proposed guilty plea;

NOW THEREFORE, IT IS ORDERED that:

1. A Rule 11 hearing will be held on **Friday, March 16, 2007, at 12:30 p.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

2. The time between the date of this Order and March 16, 2007 shall be excludable under the Speedy Trial Act in the interests of justice (18 U.S.C. §3161 et seq.).

February 20, 2007
DATE

[signature]
UNITED STATES DISTRICT JUDGE

FILED
FEB 20 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE