IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 06-130 JJF |
| LEERONS SABB, JR., | : | |
| Defendant. | : | |

O R D E R

WHEREAS, the above Defendant having entered a plea of guilty to Count One and Two of the Indictment pending against him in this Court,

IT IS HEREBY ORDERED that Defendant's Sentencing will be held on **Tuesday, June 26, 2007, at 1:00 p.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

March 21, 2007
DATE

_____
UNITED STATES DISTRICT JUDGE

