UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-130 (JJF) |
| | ) | |
| LEERONS SABB, JR., | ) | |
| | ) | |
| Defendant. | ) | |
| ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾ | ) | |

**NOTICE OF SUBSTITUTION OF
COUNSEL AND ENTRY OF APPEARANCE**

Notice is hereby given of the appearance of Seth M. Beausang, Assistant United
States Attorney for the District of Delaware, in place of Sophie E. Bryan, Assistant United
States Attorney for the District of Delaware, as the attorney for the United States, in the
above-captioned case.

COLM F. CONNOLLY
United States Attorney

By:   /s/Seth M. Beausang
       Seth M. Beausang (De. I.D. No. 4071)
       Assistant United States Attorney
       The Nemours Building
       1007 Orange Street, Suite 700
       P. O. Box 2046
       Wilmington, DE 19899-2046
       (302) 573-6277

Dated:  June 1, 2007

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on **June 1, 2007**, I electronically filed a **NOTICE OF SUBSTITUTION OF COUNSEL AND ENTRY OF APPEARANCE** with the Clerk of Court using CM/ECF.  Notification of such filing will be electronically mailed to the following:

Christopher S. Koyste
Eleni Kousoulis
Federal Public Defender's Office
First Federal Plaza, Suite 110
704 King Street
Wilmington, DE 19801
(302) 573-6010

By:   /s/ Seth M. Beausang
     Seth M. Beausang (De. I.D. No. 4071)