IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 06-130-JJF |
| LEERONS SABB, JR., | : | |
| Defendant. | : | |

### DEFENDANT'S UNOPPOSED MOTION FOR CONTINUANCE OF SENTENCING HEARING

Defendant, Leerons Sabb, Jr., by and through his undersigned counsel, Edson A. Bostic, hereby moves the Court for an Order continuing the Sentencing Hearing in this case.

In support of this motion, Mr. Sabb submits as follows:

1. On or about March 16, 2007, Mr. Sabb appeared before this Court and plead guilty to one count of threatening a federal official, in violation of 18 U.S.C. § 115(a)(1)(B), and to one count of being a felon in possession of a firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2). Sentencing is currently set for June 26, 2007.

2. The matter was assigned to Christopher S. Koyste, Assistant Federal Public Defender, as trial counsel.

3. On June 1, 2007, Mr. Koyste resigned from the Federal Public Defender's Office. As such, Edson A. Bostic, Federal Public Defender, assumed the case as trial counsel.

4. Because of the reassignment, Mr. Bostic requires additional time to meet with Mr. Sabb and familiarize himself with the case to prepare for sentencing. Additionally, Mr. Bostic also

requires additional time to review the Presentence Report with Mr. Sabb and make comments and objections, if necessary.

5.      Accordingly, Mr. Sabb believes that, in the interests of justice, a continuance of the Sentencing Hearing is warranted.

6.      Seth Beausang, Assistant United States Attorney, counsel for the government, does not oppose this request.

WHEREFORE, it is respectfully requested that this Court issue an Order continuing the Sentencing Hearing in this case for thirty to forty-five (30-45) days.

Respectfully Submitted,

/s/
Edson A. Bostic
Federal Public Defender

Attorney for Defendant Leerons Sabb, Jr.

One Customs House
704 King Street, Suite 110
Wilmington, Delaware  19801
(302) 573-6010
ecf_de@msn.com

Dated: June 12, 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 06-130-JJF |
| LEERONS SABB, JR., | : | |
| Defendant. | : | |

## **ORDER**

Having considered Defendant's Unopposed Motion For Continuance Of Sentencing Hearing;

**IT IS HEREBY ORDERED** this _____ day of _____, 2007, that Defendant Sabb's Sentencing Hearing shall be on the _____ day of _____, 2007, at _____ a.m./p.m.

 

Honorable Sue L. Robinson
United States District Court