IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 06-130-JJF |
| LEERONS SABB, JR., | : | |
| Defendant. | : | |

## ORDER

Having considered Defendant's Unopposed Motion For Continuance Of Sentencing Hearing;

**IT IS HEREBY ORDERED** this ___13___ day of ___June___, 2007, that Defendant Sabb's Sentencing Hearing shall be on the ___TBD___ day of _____, 2007, at _____ a.m./p.m.

Honorable Joseph J. Farnan, Jr.
United States District Court



FILED
JUN 14 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE