IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 06-130 JJF |
| LEERONS SABB, JR., | : | |
| Defendant. | : | |

### ORDER

WHEREAS, the Court granted defense counsel's motion to continue the June 26, 2007 Sentencing (D.I. 25);

NOW THEREFORE, IT IS HEREBY ORDERED that Defendant's Sentencing will be held on **Thursday, August 2, 2007, at 10:30 a.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

June 26, 2007
DATE

_(signed)_
UNITED STATES DISTRICT JUDGE



FILED
JUN 27 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE