REDACTED

PS 8
(Rev 02/94)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Criminal Action No. 1:06CR00130-001 (JJF) |
| ) | |
| Leerons Sabb, Jr. ) | |
| ) | |
| Defendant ) | |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Amie K. Docherty PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Leerons Sabb, Jr. who was placed under pretrial release supervision by the Honorable Mary Pat Thynge sitting in the court at Wilmington, Delaware, on the 30th day of October, 2007 under the following conditions:

**Condition 7A:** The defendant shall report to the Pretrial Services as required by that agency.
**Condition 7C:** The defendant shall post the court with the following indicia of ownership of the above-described property, or the following amount or percentage of the above-describe(
(
**Condition 7E:** The defendant shall maintain or actively seek employment.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)

**Mandatory Condition:** The defendant shall not commit any offense in violation of federal, state or local law while on release in this case.
**Evidence:** On June 15, 2007, the defendant was arrested and charged with offensive touching and disorderly conduct. On June 25, 2007, the defendant pled guilty to disorderly conduct in the Sussex County Family Court and was fined $25. He was also ordered to pay court costs and assessments totaling $60.50.

**PRAYING THAT THE COURT WILL ORDER**...the issuance of an arrest warrant so that Leerons Sabb, Jr. can be brought before the court for a hearing to determine if he has violated the terms and conditions of release.

ORDER OF COURT

So ordered this __10__ day
of __July__, 2007.

_____
U. S. District Judge

I declare under penalty of perjury the foregoing is true and correct,

_Amie K. Docherty_
U. S. Pretrial Services Officer

Executed on __July 10, 2007__

Place __Wilmington, Delaware__

FILED
JUL 10 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE