UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>vs.<br><br>**LEERONS SABB, JR.**<br><br>       Defendant. | )<br>)<br>)<br>)<br>)<br>) CASE NO. **CR 06-130-1-JJF**<br>)<br>)<br>)<br>)<br>) |

### O R D E R

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this **13ᵀᴴ** day of **JULY**, **2007**,

ORDERED that **Edson A. Bostic, Esq.**, from the Office of the Federal Public Defender for the District of Delaware is hereby appointed to represent said defendant in the cause until further order of the Court.

                                                                    _____<br>
                                                                     Honorable Mary Pat Thynge<br>
                                                                     U.S. Magistrate Judge

cc: Federal Public Defender
    First Federal Plaza, Suite# 110
    704 King Street
    Wilmington, DE  19801
    (302) 573-6010

    Defendant
    United States Attorney



FILED
JUL 13 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE