◎AO 442   (Rev. 10/03) Warrant for Arrest

**ORIGINAL**

**RECEIVED**
2007 JUL 10 P 1:30
U.S. MARSHALS
WILMINGTON, DEL

FILED
2007 JUL 17 AM 8:56
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

# UNITED STATES DISTRICT COURT
District of _____ DELAWARE

UNITED STATES OF AMERICA

V.

**LEERONS SABB, JR.**

**WARRANT FOR ARREST**

Case Number:  06-130-001 (JJF)

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    **LEERONS SABB, JR.**
                                          Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation Petition  **X** Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with   (brief description of offense)

in violation of Title _____ United States Code, Section(s) _____

PETER T. DALLEO                    _[signature]_                         DEPUTY CLERK
Name of Issuing Officer             Signature of Issuing Officer

CLERK OF COURT                                at WILMINGTON, DE
Title of Issuing Officer                      Date and Location

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

Leerons Sabb, Jr.

| DATE RECEIVED 7/10/07 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 7/13/07 | Toby M. Conrad DUSM | _[signature]_ |