IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA, )
)
             Plaintiff, )
)
      v. )     Criminal Action No.  06-130-JJF
)
LEERONS SABB, JR., )
             Defendant. )

## SUBSTITUTION OF COUNSEL AND ENTRY OF APPEARANCE

PLEASE enter the appearance of Shannon T. Hanson, Assistant U.S. Attorney, in the

above-captioned case.


Respectfully submitted,


COLM F. CONNOLLY
United States Attorney

BY: _____

Shannon T. Hanson
Assistant United States Attorney


Dated: July 23, 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No.  06-130-JJF |
| | ) | |
| LEERONS SABB, JR., | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I, Marie Steel, Legal Assistant in the Office of the United States Attorney for the District

of Delaware, hereby certify that on the 23rd day of July, 2007, I caused to be electronically filed a

**An Entry of Appearance** with the Clerk of Court using CM/ECF.  Said document is available

for viewing and downloading from CM/ECF.  I further certify that a copy of the foregoing was

hand delivered to counsel of record as follows:

Edson Bostic, Esquire
Federal Public Defender
704 King Street, Suite 110
Wilmington, DE 19801

Marie Steel
Legal Assistant