IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,

    Plaintiff,

    vs.                              Criminal Action No.06-130-JJF

LEERONS SABB, JR.

    Defendant,

### ORDER FOR RETURN OF DEED

On, October 30, 2006, Leerons Sabb, Jr. and Tashana Y. Roberts posted the deed to property located in Greenwood, Delaware as collateral for bail for the defendant, Leerons Sabb, Jr., and on August 2, 2007 the defendant was sentenced to fifty-seven months imprisonment and three years supervised release. As it is no longer necessary for this Court to hold the collateral,

IT IS HEREBY ORDERED that the Clerk of this Court return the deed to Tashana Y. Roberts.

                                              _____
                                              The Honorable Joseph J. Farnan, Jr.
                                              United States District Judge

Date: August 29, 2007