OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

```
UNITED STATES OF AMERICA


         v.                    Criminal Action No.06-130-JJF

LEERONS SABB, JR.
```

### ACKNOWLEDGMENT OF RECEIPT

Pursuant to the Order signed by The Honorable Joseph J. Farnan, Jr., I hereby acknowledge receipt of the deed to property located in Greenwood, Delaware which was posted as bail in the above case.

_9/8/07_
DATE

_/s/ Jashmin Sabb_
Signature