06CR130-JJF

Dear Judge Farnan. I'm writing you today asking for your help. You Sentence my husband on 8-2-07. A term of 57 months in prison. He's in Minersville,PA Schuylkill Facility. I and the children have not been able to see him. Due to the fact that he's very much faraway from home. I am not the traveler. I'm asking you to day to please consider giving my husband less jail time and a transfer to a closer facility. He was soppose to go to Forkdicks facility in New Jersy. That what he's lawyer said. Edson Bostic. My husband Leerons Sabb is very much concern about he's welfare and he's safety / and I am to. He been getting threats from the other inmats. All because he helped a guard. By picking up he's walky talky when he droped it on the ground. Going after a inmate. Now the guys in there think my husband some type of undercover police. Its crazy but its true. They are very series about harming him. Then some one wrote a false letter saying that he was rap by anothere inmate. But they said that my husband wrote it. My husband can't read or write so there's no way it could have been him. This is worrying me to the point I can't even think straight. He have kids to come home to. My farther never been there for me ever. I promise my self that I was not going to let my kids grow up with out a farther. I will do every thing it takes the legal way to protect my husband. I will not stop writing untell I have the Persuit of Happyness. I'm asking for your help. Please help me Judge Joseph Farnan.

Respectfully yours,
Tashana Sabb
Thank you,

12/10/07

P.S. Please let my Husband be able to be transfered to, New Jersy or Baltimore Correctional facility. So me and kids can be able to visit. Amen



DEC 18 2007

SS

Tashana Sabb
19613 Woodbridge RD
Greenwood, DEL 19950

Judge Joseph Farnan
United States District Court
844 N. King St, Lockbox 18
Wilmington, DEL 19801

U.S. M.S.N. X-RAY

